**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiffs*
*Vifor (International) AG and*
*American Regent, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., | Civil Action No. 19-13955 |
| Plaintiffs, | *Document Electronically Filed* |
| v. | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF VIFOR (INTERNATIONAL) AG** |
| MYLAN LABORATORIES LTD., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Vifor (International) AG states as follows:  Vifor (International) AG is a wholly owned subsidiary of Vifor Pharma AG. Vifor Pharma AG is a publicly owned company, and no publicly held company owns 10% or more of its stock.

Dated: June 18, 2019
      Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com