*AO 120 (Rev. 08/10)*

|  | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|
| TO: | | |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or  **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:19-cv-13955-FLW-DEA | DATE FILED<br>6/19/2019 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>VIFOR (INTERNATIONAL) AG | | DEFENDANT<br>MYLAN LABORATORIES LTD. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,612,109 B2 | 11/03/2009 | VIFOR (INTERNATIONAL) AG. |
| 2  7,754,702 B2 | 07/13/2010 | LUITPOLD PHARMACEUTICALS, INC. |
| 3  8,895,612 B2 | 11/25/2014 | LUITPOLD PHARMACEUTICALS, INC. |
| 4  9,376,505 B2 | 06/28/2019 | VIFOR (INTERNATIONAL) AG. |
| 5 | | |

In the above-entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Jair Bodnar | DATE<br>6/19/2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy